UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

GLOBAL FERTILITY & GENETICS
NEW YORK, LLC,

                          Debtor.
-----------------------------------------------------------X

Chapter 11

Case No. 23-10905 (PB)

### APPELLANT ANNIE LIU'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Annie Liu ("**Ms. Liu**") by her attorneys, Spence Law Office, P.C., respectfully submits this statement of issues on appeal and designation of items to be included in the record on appeal pursuant to Rule 8009(a)(1) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and Local Rule 8009-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York ("**Local Bankruptcy Rules**"), in connection with her September 22, 2024 Notice of Appeal ("**Appeal**") filed from the September 17, 2024 *Findings of Fact, Conclusions of Law, and Order Confirming Dr. Hu's Third Amended Chapter 11 Plan of Reorganization and Granting Related Relief* [Docket No. 197], entered by the United States Bankruptcy Court for the Southern District of New York which references the *Court's Memorandum Decision Confirming Dr. Hu Bo's Chapter 11 Plan of Reorganization,* dated September 7, 2024 [Docket No. 192] (collectively, the "**Bankruptcy Order**").

As and for her Statement of Issues, Ms. Liu states as follows:

### ISSUES ON APPEAL

1.      Did the Bankruptcy Court err in finding and concluding that the Plan proponent satisfied its burden of proof that all of the applicable provisions under 11 U.S.C. §1129 were

satisfied, particularly when, among other things, the Plan proponent failed to prove (a) that the Plan was feasible, (b) that the Plan was fair and equitable, and (c) that equity had no value?

2. Did the bankruptcy court err in concluding that the Plan proponent satisfied its burden of proof under 1129(b)(2)(C) with respect to the objecting class of equity holders by, among other things, applying an inappropriate method of valuing the debtor's equity under a Plan that proposed to pay creditors in full without there being any value left over to make any payments to equity holders?

3. Did the bankruptcy court err in holding that the proponent of a plan that pays creditors in full but provides no distribution to equity holders who seeks confirmation under 11 U.S.C. § 1129(b) is not required to prove that equity has no value?

4. Did the bankruptcy court abuse its discretion in not allowing the competing chapter 11 plan of Ms. Liu that paid creditors in full with interest, and a $1 million payment to equity, to proceed in tandem with the plan of Dr. Hu, when, among other things, exclusivity had expired, there was no evidence that a delay would harm creditors or undermine the debtor's operation or its care of patients, and there was no showing that Dr. Hu's plan could be implemented promptly?

5. Did the bankruptcy court commit reversable error, by among other things, finding that the settlement that released Dr. Doody satisfied the criteria of Section 1123(b)?

6. Did the Bankruptcy Court commit reversable error by reaching an erroneous and unfounded conclusion that Ms. Liu's Plan was unconfirmable by, among other things, improperly applying 11 U.S.C. § 1129(c) in concluding that Ms. Liu's plan was inferior, even though it paid all creditors in full and provided for a substantial distribution to the class of equity interests, while Dr. Hu's Plan proposed to pay nothing to equity?

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Entry Date | Docket No. | Document |
|---|---|---|
| 09/15/2023 | 24 (8 pgs) | Ombudsman Report for the period of 07/19/2023 through 09/14/2023 Filed by David N. Crapo on behalf of Patient Care Ombudsman. (Crapo, David) (Entered: 09/15/2023) |
| 11/14/2023 | 33 (5 pgs) | Ombudsman Report for the period of 09/15/2023 through 11/14/2023 Filed by David N. Crapo on behalf of Patient Care Ombudsman. (Crapo, David) (Entered: 11/14/2023) |
| 02/06/2024 | 44 (3 pgs) | Affidavit *Supplemental Certification of Annie Liu in Support of Opposition to Motion to Appoint Chapter 11 Trustee* (related document(s)41, 40, 42) Filed by Michael J Kasen on behalf of Global Fertility & Genetics, New York, LLC. (Kasen, Michael) (Entered: 02/06/2024) |
| 02/13/2024 | 49 (11 pgs; 2 docs) | Declaration */Second Supplemental Declaration of Yihan Hu in Further Support of Movant Dr. Hu Bos Motion for Entry of an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)* (related document(s)37) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Attachments: # 1 Certificate of Service) (Rosenblatt, Andrew) (Entered: 02/13/2024) |
| 02/26/2024 | 55 (4 pgs) | Ombudsman Report for the period of 11/15/2023 through 02/26/2024 Filed by David N. Crapo on behalf of Patient Care Ombudsman. (Crapo, David) (Entered: 02/26/2024) |
| 03/12/2024 | 60 (46 pgs) | Affidavit Pursuant to LR 1007-2 *AMENDED* (related document(s)53, 6) Filed by Michael J Kasen on behalf of Global Fertility & Genetics, New York, LLC. (Kasen, Michael) (Entered: 03/12/2024) |
| 03/18/2024 | 74 (87 pgs) | Disclosure Statement filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 03/18/2024) |
| 03/18/2024 | 75 (39 pgs) | Chapter 11 Plan *of Reorganization for Global Fertility & Genetics New York, LLC* filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 03/18/2024) |
| 03/18/2024 | 76 (29 pgs) | Motion to Approve */for Entry of an Order (I) Scheduling a Combined Hearing for Approval of Disclosure Statement and Confirmation of Plan, (ii) Approving Deadlines Related Thereto, and (III) Granting Related Relief* filed by Andrew Rosenblatt on behalf of Dr. Hu Bo with hearing to be held on 4/9/2024 at 02:00 PM at Videoconference (ZoomGov) (PB). (Rosenblatt, Andrew) (Entered: 03/18/2024) |
| 03/27/2024 | 84 (38 pgs) | Chapter 11 Plan *for Global Fertility & Genetics New York, LLC* filed by Brad Jeffrey Axelrod on behalf of Kevin J. Doody, Annie Liu. (Axelrod, Brad) (Entered: 03/27/2024) |
| 03/27/2024 | 85 (2 pgs) | Letter *to the Honorable Philip Bentley* (related document(s)84) Filed by Brad Jeffrey Axelrod on behalf of Kevin J. Doody, Annie Liu. (Axelrod, Brad) (Entered: 03/27/2024) |
| 04/04/2024 | 92 (1 pg) | Appointment of Chapter 11 Trustee */Notice of Approval of Appointment of Trustee* (related document(s)91) Filed by Mark Bruh on behalf of United States Trustee. (Bruh, Mark) (Entered: 04/04/2024) |

| | | |
|---|---|---|
| 05/01/2024 | 106<br>(3 pgs) | Ombudsman Report for the period of 02/27/2024 through 05/01/2024 Filed by David N. Crapo on behalf of Patient Care Ombudsman. (Crapo, David) (Entered: 05/01/2024) |
| 05/17/2024 | 116<br>(11 pgs) | Order signed on 5/17/2024 Granting Motion (I) Scheduling a Combined Hearing for Approval of Disclosure Statement and Confirmation of Plan, (II) Approving Deadlines Related Thereto, and (III) Granting Related Relief (Related Doc # 76) . Hearing to be held on 7/9/2024 at 10:00 AM at Courtroom 601 (PB). (Gomez, Jessica) (Entered: 05/17/2024) |
| 06/18/2024 | 123<br>(45 pgs) | Chapter 11 Plan */Notice of Filing of Plan Supplement of Dr. Hu Bo, as Plan Proponent, in Support of the Amended Plan of Reorganization of GFG Fertility & Genetics New York, LLC Pursuant to Chapter 11 of the Bankruptcy Code* (related document(s)75, 74) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 06/18/2024) |
| 06/19/2024 | 124<br>(15 pgs;<br>2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 03/31/2024 Filed by Eric Michael Huebscher on behalf of Eric Michael Huebscher. (Attachments: # 1 March 2024 DIP bank statement)(Huebscher, Eric) (Entered: 06/19/2024) |
| 06/24/2024 | 126<br>(88 pgs;<br>2 docs) | Amended Plan */Dr. Hu Bos Amended Chapter 11 Plan of Reorganization for Global Fertility & Genetics New York, LLC* (related document(s)75) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Attachments: # 1 Exhibit Redline Original Filed Plan vs. Amended Plan for Filing)(Rosenblatt, Andrew) (Entered: 06/24/2024) |
| 06/26/2024 | 129<br>(15 pgs;<br>2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2024 Filed by Eric Michael Huebscher on behalf of Eric Huebscher. (Attachments: # 1 Bank Statement)(Huebscher, Eric) (Entered: 06/26/2024) |
| 06/26/2024 | 130<br>(15 pgs;<br>2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 05/31/24 Filed by Eric Michael Huebscher on behalf of Eric Michael Huebscher. (Attachments: # 1 Bank Statement)(Huebscher, Eric) (Entered: 06/26/2024) |
| 07/01/2024 | 132<br>(128 pgs) | Objection to Confirmation of Plan *and Disclosure Statement of Dr. Hu* (related document(s)126, 74) filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/01/2024) |
| 07/03/2024 | 136<br>(47 pgs) | Chapter 11 Plan *of Reorganization for Global Fertility & Genetics New York, LLC Proposed by Annie Liu, Creditor and Interested Party* filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/03/2024) |
| 07/03/2024 | 138<br>(3 pgs) | Ombudsman Report for the period of 05/02/2024 through 07/03/2024 Filed by David N. Crapo on behalf of Patient Care Ombudsman. (Crapo, David) (Entered: 07/03/2024) |
| 07/07/2024 | 140<br>(92 pgs;<br>2 docs) | Second Amended Plan */Dr. Hu Bos Second Amended Chapter 11 Plan of Reorganization for Global Fertility & Genetics New York, LLC* (related document(s)75, 126) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. with hearing to be held on 7/9/2024 at 10:00 AM at Courtroom 601 (PB) (Attachments: # 1 Redline Amended Plan vs Second Amended Plan)(Rosenblatt, Andrew) (Entered: 07/07/2024) |
| 07/07/2024 | 141<br>(46 pgs) | Memorandum of Law *of Dr. Hu Bo, as Plan Proponent, (I) In Response to Objection to Confirmation of the Amended Plan of Reorganization, and (II) In Support of* |

| | | |
|---|---|---|
| | | *Confirmation* (related document(s)132, 75, 126, 123, 140) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 07/07/2024) |
| 07/07/2024 | 142<br>(582 pgs;<br>11 docs) | Statement */Declaration of Yihan Hu in Support of Plan Confirmation* (related document(s)126, 75, 123) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Attachments: # 1 Exhibit A - July 3 Report # 2 Exhibit B - Disclosure Statement with Projections # 3 Exhibit C - Debtor's Plan # 4 Exhibit D - Operating Reports # 5 Exhibit E - Amended Certification of Annie Liu # 6 Exhibit F - Power of Attorney # 7 Exhibit G - Dr Hu Bo Amended Plan # 8 Exhibit H - Notice of Filing of Plan Supplement # 9 Exhibit I - Transcript of March 29 Hearing # 10 Exhibit J - Unfiled Second Amended Plan) (Rosenblatt, Andrew) (Entered: 07/07/2024) |
| 07/08/2024 | 146<br>(12 pgs) | Supplemental Objection to Confirmation of Amended Plan *of Annie Liu to Dr. Hu Bos Second Amended Chapter 11 Plan of Reorganization for Global Fertility & Genetics New York, LLC* (related document(s)140) filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/08/2024) |
| 07/09/2024 | 147<br>(88 pgs;<br>2 docs) | First Amended Plan *Chapter 11 Plan Of Reorganization For Global Fertility & Genetics New York, LLC Proposed By Annie Liu, Creditor And Interested Party* (related document(s)136) filed by Robert J. Spence on behalf of Annie Liu. (Attachments: # 1 First Amended Plan Redlined Version)(Spence, Robert) (Entered: 07/09/2024) |
| 07/09/2024 | 148<br>(7 pgs) | Statement *: Omnibus Objections Of Annie Liu To Witness And Exhibit Lists For Confirmation Hearing Scheduled For July 9, 2024 At 10:00 Am (ET)* filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/09/2024) |
| 07/09/2024 | 149<br>(3 pgs) | Statement *of Annie Liu - Preliminary List of Exhibits* filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/09/2024) |
| 07/09/2024 | 156 | Transcript regarding Hearing Held on 07/03/24 at 11:00 A.M. RE: Conference. Remote electronic access to the transcript is restricted until 10/7/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Access Transcripts, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 7/16/2024. Statement of Redaction Request Due By 7/30/2024. Redacted Transcript Submission Due By 8/9/2024. Transcript access will be restricted through 10/7/2024. (Su, Kevin) (Entered: 07/12/2024) |
| 07/10/2024 | 151<br>(2 pgs) | Statement */Dr. Hu Bos Supplemental List of Hearing Exhibits* filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 07/10/2024) |
| 07/10/2024 | 152<br>(4 pgs) | Objection */Dr. Hu Bo Objections to Exhibits Listed in Annie Liu Hearing Exhibit List for the July 9, 2024 Confirmation Hearing* (related document(s)149) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 07/10/2024) |
| 07/10/2024 | 154<br>(4 pgs) | Statement */Dr. Hu Bo Preliminary List of Hearing Exhibits* filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 07/10/2024) |
| 07/15/2024 | 163<br>(6 pgs) | Response *of Dr. Hu Bo, as Plan Proponent, to Supplemental Objection of Annie Liu to Dr. Hu Bos Second Amended Chapter 11 Plan of Reorganization for Global Fertility & Genetics New York, LLC* (related document(s)146) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 07/15/2024) |

| | | |
|---|---|---|
| 07/15/2024 | 165<br>(4 pgs) | Declaration *of Kevin J. Doody* (related document(s)140) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 07/15/2024) |
| 07/15/2024 | 169<br>(13 pgs) | Statement *Notice of Filing of Plan Supplement of Annie Liu, as Plan Proponent, In Support of The First Amended Plan of Reorganization of Global Fertility & Genetics New York, LLC Pursuant to Chapter 11 of the Bankruptcy Code* filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/15/2024) |
| 07/15/2024 | 170<br>(7 pgs) | Statement *: Declaration of Lorin Gu in Support of Confirmation of the First Amended Chapter 11 Plan of Reorganization for Global Fertility & Genetics New York, LLC, Proposed By Annie Liu, Creditor and Interested Party* filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/15/2024) |
| 07/15/2024 | 171<br>(23 pgs) | Memorandum of Law *In Support of Confirmation of First Amended Chapter 11 Plan of Reorganization for Global Fertility & Genetics New York, LLC Proposed By Annie Liu* filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/15/2024) |
| 07/16/2024 | 174<br>(97 pgs) | Motion for Payment of Administrative Expenses */Application of Dr. Hu Bo, Pursuant to Sections 503(B)(3)(D) and 503(B)(4) of the Bankruptcy Code, for Allowance and Payment of Professional Fees and Expenses and Other Contributions*. filed by Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 07/16/2024) |
| 07/16/2024 | 175<br>(13 pgs) | Statement *[CORRECTED (to replace Exhibit A)] Notice of Filing of Plan Supplement of Annie Liu, as Plan Proponent, In Support of The First Amended Plan of Reorganization of Global Fertility & Genetics New York, LLC Pursuant to Chapter 11 of the Bankruptcy Code* filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/16/2024) |
| 07/16/2024 | 177<br>(20 pgs) | Amended Statement *: Notice of Filing of Amended And Supplemented Plan Supplement of Annie Liu, As Plan Proponent, In Support of The First Amended Plan of Reorganization of Global Fertility & Genetics New York, LLC Pursuant To Chapter 11 of The Bankruptcy Code* filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/16/2024) |
| 07/16/2024 | 178<br>(3 pgs) | Letter *In Preliminary Response to 503(b) Claim, and Letters of 7/16/24 from Counsel for Dr. Hu and Counsel for Dr. Doody* (related document(s)173, 176, 174) Filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/16/2024) |
| 07/17/2024 | 179<br>(2 pgs) | Statement *: Supplemental List of Exhibits In Connection with First Amended Plan of Annie Liu* filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/17/2024) |
| 07/24/2024 | 182<br>(5 pgs) | Statement *: Post-Trial Submission of Annie Liu, Creditor and Party In Interest* filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 07/24/2024) |
| 07/24/2024 | 183<br>(6 pgs) | Statement */Dr. Hu Bo Post-Confirmation Hearing Submission Providing Citations to the Record in Support of His Second Amended Chapter 11 Plan of Reorganization for Global Fertility & Genetics New York, LLC* (related document(s)140) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 07/24/2024) |

| | | |
|---|---|---|
| 07/24/2024 | 184<br>(6 pgs) | Statement / Chapter 11 Trustee's Post-Confirmation Hearing Submission (related document(s)123, 140) filed by Darren Pascarella on behalf of Eric Michael Huebscher. (Pascarella, Darren) (Entered: 07/24/2024) |
| 07/26/2024 | 185<br>(7 pgs) | Statement /Dr. Hu Bo's Post-Confirmation Hearing Submission Providing Evidentiary Support to Find That Ms. Liu's Competing Plan of Reorganization is Not Confirmable (related document(s)136, 147) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 07/26/2024) |
| 08/01/2024 | 186<br>(7 pgs) | Statement : Annie Liu's Post-Confirmation Hearing Reply in Response to Dr. Hu Bo's Submission Regarding the Confirmability of Annie Liu's Plan filed by Robert J. Spence on behalf of Annie Liu. (Spence, Robert) (Entered: 08/01/2024) |
| 08/01/2024 | 187 | Transcript regarding Hearing Held on 07/19/24 at 9:58 A.M. RE: Confirmation Hearing. Remote electronic access to the transcript is restricted until 10/30/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Access Transcripts, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/8/2024. Statement of Redaction Request Due By 8/22/2024. Redacted Transcript Submission Due By 9/3/2024. Transcript access will be restricted through 10/30/2024. (Su, Kevin) (Entered: 08/02/2024) |
| 09/05/2024 | 190<br>(41 pgs;<br>3 docs) | Letter to Judge Bentley Regarding Dr. Hu's Proposed Confirmation Order Filed by Robert J. Spence on behalf of Annie Liu. (Attachments: # 1 Attachment - TM Registration # 2 Attachment - Proposed Comments to Dr. Hu's Proposed Confirmation Order)(Spence, Robert) (Entered: 09/05/2024) |
| 09/06/2024 | 191<br>(3 pgs) | Letter regarding Plan Confirmation/IP Issue (related document(s)190) Filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 09/06/2024) |
| 09/08/2024 | 192<br>(45 pgs) | Memorandum Decision Confirming Dr. Hu Bo's Chapter 11 Plan of Reorganization signed on 9/7/2024 (White, Greg) (Entered: 09/08/2024) |
| 09/10/2024 | 193<br>(36 pgs) | Notice of Proposed Order /[Proposed] Findings of Fact, Conclusions of Law, and Order (I) Confirming Dr. Hu's Third Amended Chapter 11 Plan of Reorganization, and (II) Granting Related Relief (related document(s)75, 126, 140) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 09/10/2024) |
| 09/10/2024 | 194<br>(44 pgs) | Third Amended Plan /Dr. Hu Bo's Third Amended Chapter 11 Plan of Reorganization for Global Fertility & Genetics New York, LLC (related document(s)75, 126, 140) filed by Andrew Rosenblatt on behalf of Dr. Hu Bo. (Rosenblatt, Andrew) (Entered: 09/10/2024) |
| 09/11/2024 | 195<br>(40 pgs;<br>3 docs) | Letter to Judge Bentley Regarding Annie Liu's Comments to Dr. Hu's Revised Proposed Confirmation Order and Related Matters Filed by Robert J. Spence on behalf of Annie Liu. (Attachments: # 1 Attachment 1 - Revised Proposed Confirmation Order with Redlined Comments (R Spence - Annie Liu) # 2 Attachment 2 - Chase UCC 1)(Spence, Robert) (Entered: 09/11/2024) |
| 09/12/2024 | 196<br>(38 pgs;<br>2 docs) | Letter to Judge Bentley Regarding Annie Liu's Revised Comments to Dr. Hu's Revised Proposed Confirmation Order Filed by Robert J. Spence on behalf of Annie Liu. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Attachment - Annie Liu's Revised Comments to Dr. Hu's Revised Proposed Confirmation Order)(Spence, Robert) (Entered: 09/12/2024) |
| 09/17/2024 | 197 (80 pgs) | Findings of Fact, Conclusions of Law, and Order Confirming Dr. Hu's Third Amended Chapter 11 Plan of Reorganization and Granting Related Relief signed on 9/17/2024 (White, Greg) (Entered: 09/17/2024) |
| 09/23/2024 | 198 (127 pgs; 3 docs) | Notice of Appeal (related document(s)192, 197) filed by Robert J. Spence on behalf of Annie Liu. (Attachments: # 1 Order Confirming Dr. Hu Bo's Plan # 2 Memorandum Decision Confirming Dr. Hu Bo's Plan)(Spence, Robert) (Entered: 09/23/2024) |
| 06/27/2024 | Claim No. 11 | Proof of Claim of Annie Liu |
| **Exhibit No. (If Applicable)** | | **Documents Not Filed on the Docket** |
| Liu Exhibit 24 | | KJD PLLC and GFG Signed Administrative Service Agreement |
| Liu Exhibit 25 | | Lorin Gu Resume |
| Liu Exhibit 26 | | Prospective Sale Plan Proposal from Silver Birch Group |
| Liu Exhibit 31 | | AK20 Holding LLC Proof of $510,000 on Deposit for Annie Liu's Plan [REDACTED] |
| Liu Exhibit 32 | | Screen Shot of Properties Related to Scan of Signed ASA in October 2019 |
| Liu Exhibit 33 | | Citrin Cooperman Agreement Signed By Dr. Doody |
| Liu Exhibit 34 | | Proof of Funds from Recharge Capital – UBS [REDACTED] |
| | | Transcript of hearing held 7/11/2024 |
| | | Transcript of hearing held 7/17/2024 |

Dated: Roslyn, New York
      October 6, 2024                   Respectfully submitted,

                                        SPENCE LAW OFFICE, P.C.

                                        By:    /s/ Robert J. Spence
                                               Robert J. Spence, Esq.
                                               55 Lumber Road, Suite 5
                                               Roslyn, New York 11576
                                               Tel.: (516) 336-2060